UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

In Re:

KAREN F. CUNNINGHAM,

       Debtor.                                                                             Case No: 07-61731-WA1

BANK OF AMERICA, N.A.,

       Movant,                                                                     Chapter 7

v.

KAREN F. CUNNINGHAM,
ANDREW S. GOLDSTEIN, Trustee,

       Respondents.

## DISMISSAL ORDER

COMES NOW the Plaintiff, Bank of America, N.A. by counsel, on its Motion for Relief from the Automatic Stay filed herein and was argued by counsel.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Movant herein does not wish to pursue this matter further regarding its concerns raised in the Motion for Relief from the Automatic Stay heretofore filed herein; that, as a result, Movant has determined not to proceed further with its Motion filed herein but to dismiss same without prejudice; it is therefore

Melvin R. Zimm, VSB #18017
Patrick J. McKenna, VSB #31058
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for Bank of America, N.A.

ORDERED that the Motion for Relief from the Automatic Stay filed herein be, and

hereby is, dismissed without prejudice; and it is further

ORDERED that a copy of this Order be forwarded to Melvin R. Zimm, attorney for Movant, at Crown Center, Suite 600, 580 East Main Street, Norfolk, Virginia 23510-3320 who shall comply with the Local Rules of this Court respecting notice of entry of this Order.

ENTER this 25th day of January, 2008.

_____
Judge

I ask for this:

/s/ Melvin R. Zimm /s/ by Patrick J. McKenna
  With permission of Melvin R. Zimm
Melvin R. Zimm, VSB #18017
Patrick J. McKenna, VSB #31058
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for Bank of America, N.A.

## CERTIFICATE

I hereby certify that on this 23rd day of January, 2008 a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties: to Stephen E. Dunn, Attorney for Debtor, at 201 Enterprise Drive, Suite A, Forest, Virginia 24551; to Andrew S. Goldstein, Trustee, at Post Office Box 404, Roanoke, Virginia 24006; and to Karen F. Cunningham, Debtor, at 2232 Ridgewood Drive, Lynchburg, Virginia 24503.

/s/ Melvin R. Zimm /s/ by Patrick J. McKenna
  With permission of Melvin R. Zimm
Melvin R. Zimm