Andrew S. Goldstein (68)
P.O. Box 404
Roanoke Virginia 24001

**FILE COPY**



Re: Case No 07-61731
Karen F. Cunningham
AKA Karen Foster

April 1, 2008

Dear Mr. Goldstein:
Pursuant to correspondence received concerning the above captioned, I am submitting a <u>Proof of Claim</u> supported by an itemization of charges and a schedule of secured loans to Ms. Cunningham.

Furthermore it has been sometime since I wrote you concerning the above caption after a creditors meeting held in Lynchburg and asked for a response and a meeting with you. No response from you was disappointing and therefore, I again am asking for a meeting to discuss my options as a creditor.

My research questioned some of the issues in this case. First, I submitted to you an executed and witnessed Memorandum of Understanding( MOU) evidencing my ownership of personal property in Ms. Cunningham's possession to include but not limited to <u>new</u> Kenmore stove, <u>new</u> Kenmore microwave, <u>new</u> Kenmore dishwasher, <u>new</u> Kenmore clothes washer, <u>new</u> outdoor grill and <u>new</u> green patio tent.

Please refer to a copy of the MOU enclosed. I contend the property belongs to me and if you deem not, I have a purchase money lien on the items.

Documents show that on or about September 14, 2007 Dominion Homes and Land Inc. under the signature of Timothy W. Hodges filed a lien on Karen Fosters residence at 2232 RidgeWood Drive Lynchburg. My research of the records of the Virginia State Corporation Commission shows currently no such firm in good standing.

For the Court's information Ms. Cunningham was the sole owner of this entity, Mr. Hodges is I believe, Ms Cunningham's soon-to-be husband. I believe this claim to be without merit and perhaps a <u>fraudulent filing.</u>
You may want to contact the Virginia SCC to determine the status of Dominion Homes and Land Inc, if you haven't already done so, Moreover, you may want to review the company's bylaws and articles of incorporation to establish whether Mr. Hodges is authorized to act on behalf of the company.

As for my claims there are three:
1) $40,000 note executed by Ms Foster secured by a recorded Deed of Trust on 2232 RidgeWood DR. Lynchburg    RE: schedule (A).
   Amount due $ 45,916.00
2) $3769.00 contract supported by MOU and judgment in Lynchburg District Court  RE: schedule (B)         Amount due   $ 4,073.00

3) I had delivered to Ms. Cunningham a heat pump and air handling system valued at $2000 and it has not been paid for or return.
   Amount due   $ 2,000.00

My total secured claim is for **$51,989.00**

Again, I request a meeting with you to determine my rights and options as a secured creditor. My preference is to have the Court allow me to foreclose on the property. I thank you for your kind attention and consideration and look forward to hearing from you in the near future.

Yours truly

John L. Wynne  4/1/08

Attachments:
CC: John W. L. Craig II clerk
U.S. Bankruptcy Court Roanoke Virginia